United States District Court
Southern District of Texas
**ENTERED**
February 14, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK EUGENE ROBINSON, | § § | CIVIL ACTION NO 4:22-cv-04181 |
| Plaintiff, | § § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| ERNEST COKER and PATRICIA LYKOS, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Patrick Eugene Robinson proceeds here *pro se*. He sued two individuals he identified as Harris County judges, seeking money damages and to be freed from parole on his criminal convictions. Dkt 1.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan, recommending *sua sponte* dismissal of Robinson's complaint because his claims are not actionable under Section 1983 and because both Defendants are entitled to absolute immunity. Dkt 10. No objections were filed.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 10.

The complaint by Plaintiff Patrick Eugene Robinson is DISMISSED WITH PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on February 14, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge